# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Kish Marie Johnson,

    Plaintiff,

v.

Martin J. O'Malley
*Commissioner of Social Security*,

    Defendant.

Civ. No. 24-cv-4190 (DJF)

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYING FEES**

Having considered the Application to Proceed without Prepaying Fees under 28 U.S.C. § 1915 ("Application") (ECF. No. [2]),

**IT IS ORDERED** that the Application is:

√    GRANTED

☐    DENIED WITHOUT PREJUDICE, for the following reasons:

Dated: November 15, 2024

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge