# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Kish Marie Johnson,

                 Plaintiff,                               Civil No. 24-cv-4190 (DJF)

v.

Leland Dudek,                          **ORDER FOR REMAND**
Acting Commissioner of Social Security

                 Defendant.

Pursuant to the motion to remand of the Defendant, and all the files, records, and proceedings in this matter, it is hereby

**ORDERED** that this case is remanded, pursuant to sentence 4 of 42 U.S.C. § 405(g), to the Commissioner of Social Security for further administrative action.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  March 6, 2025               *s/ Dulce J. Foster*
                                     DULCE J. FOSTER
                                     United States Magistrate Judge